UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   22 Cr. 192-04 (JSR)

UNITED STATES OF AMERICA,

                                      **ORDER GRANTING SUBSTITUTION OF**
-against-                            **ATTORNEY FOR DEFENDANT**

OLBENY DIAZ,

                          Defendants.
-------------------------------------------------------X

Rakoff, D.J.:

    At a conference call on June 29, 2022, the Court was notified that defendant Olbeny Diaz wished to substitute counsel from Richard Palma to Evans D. Prieston, Esq. Mr. Prieston has duly filed a motion to be substituted along with a notice of appearance.

    The substitution is hereby approved and SO ORDERED.

Dated: New York, NY

6/30/22

                                                _____
                                            Hon. Jed S. Rakoff, U.S.D.J.